RECEIVED

2011 MAR 18  A 9: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

CIVIL ACTION NO.:

DINO IACULLO,
   Plaintiff

v.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
   Defendant[s]

2:11-cv-207-WKW CSC

_____/

# COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

_____

DINO IACULLO, Pet. Pro-se
Fed. Reg. #30812-004
Maxwell Air Force Base, FPC.
Montgomery, AL. 36112

1.) This is an action brought under the FREEDOM OF INFORMA-TION ACT[Act] (hereafter "F.O.I.A./P.A."), **T. 5 U.S.C. §552** and **§552a,** ADMINISTRATIVE PROCEDURE ACT (A.P.A.), **T. 5 U.S.C. §702-703** and **T. 28 U.S.C. §1331** and **1361**.

2.) **JURISDICTION:** This Honorable Court has jurisdiction over this action pursuant to **T. 5 U.S.C. §552(a)(4)(E)**, and, **T. 5 U.S.C. §552a -(g)(1)(E, (g)(1)(D), (g)(3)(A), (g)(3)(B), (g)-(4)(A),** and **(g)(4)(B);** ADMINISTRATIVE PROCEDURE ACT **T. 5 U.S.C. §§702-704;** and, **T. 28 U.S.C. §1331** and **§1361**.

   a.) This action originated from the PETITIONER's initiated Complaint/Tort action against the United States of America (D.O.J./F.B.O.P.)[1], and he is presently incarcerated at the Montgomery Federal Prison Camp in Alabama. The Plaintiff[IACULLO] is the requester of the withheld records.

3.) Defendant[s], the Federal Bureau of Prisons (F.B.O.P.), and the U.S. Department of Justice (D.O.J.), are agencies of the United States, and it has possession of and control over, the documents/records Plaintiff IACULLO seeks at this time.

4.) The following is a list of the request made by Plaintiff IACULLO to the Defendant agency/office, and disposition.

   a.) On or about November 23, 2010, Plaintiff IACULLO had filed a F.O.I.A./P.A. request to the Fed. Bureau of Prisons Office[s] that is located in the Washington, D.C. area (See Exhibit -A-; attached).

---

1. In this Court, in Civil case Number 2:10-Cv-589-TMH.

    b.) On or about January of 2011, Plaintiff[IACULLO] had mailed a FREEDOM OF INFORMATION ACT/PRIVACY ACT APPEAL, to the Office of Information and Privacy, in Washington, D.C., and noticed in his appeal that by statute, **T. 5 U.S.C. 552(a)(6)(A)(i)**, the appeal requires a response within twenty (20)-working days (See Exhibit -B-, attached).

    c.) PLAINTIFF[IACULLO] has **not** received a timely response/response whatsoever to requested records and appeal from the Defendant[s], and the Defendant[s] has dispalyed a flagrant disregard of the Plaintiff's rights under the F.O.I.A./P.A. Act (See **Edison v. Dept. of Army**, 672 F.2d 840 (11th Cir. 1982).

    d.) Plaintiff[IACULLO] has a statutory right to the records he seeks, and there is **no** legal basis for Defendant[s] refusal to respond and disclose them to Plaintiff[IACULLO] (See **Ely v. F.B.I.**, 781 F.2d 1487, 1489 (11th Cir. 1986).

5.) **THEREFORE;** Plaintiff DINO IACULLO prays that this Honorable Court:

    a.) Declare that the Defendant[s] refusal to respond and disclose records/documents requested by Plaintiff[RUSSEL] is now **unlawful.**

    b.) Issue an **injunction** to prevent the Defendant[s] from relying on their repeated invalid practice of either:

        (1). Not responding at all to Plaintiff's F.O.I.A./P.A. Act request[s], and/or;

   (2). Not responding at all to Plaintiff's F.O.I.A./P.A. appeal[s].

  c.) Make a written finding that the circumstances surrounding the withholding of Plaintiff's F.O.I.A./P.A. Act request and appeal, raise questions whether there has been arbitrary or capricious agency action; and make a referral of findings/matter[s], directly to the Merit System Protection Board, for investigation[s], pursuant to **T. 5 U.S.C. §552(a)(4)(F) or §552a(g)(4)**.

  d.) Award Plaintiff IACULLO his litigation cost and any/all legal expenses and fees incurred in this action, pursuant to **T. 5 U.S.C. §552(a)(4)(E) and §552a(g)(3)(B), (4), (5)**, which includes:

   (1). Cost of stationary (i.e. typing paper, mailing envelopes, and typewriter ribbon and correction tape), for a total sum of **$25.00**.

   (2). Copies of all related documents (i.e. Request and appeal[s]) for the price of a copy card costing **$6.70**.

   (3). Postage of mailing at a cost of **$4.40**.

   (4). For a **total sum** of the above (#1-#3) at **$36.10**.

  e.) Expedite action pursuant to **T. 28 U.S.C. §1657(a)** or

  f.) Grant such other and further relief as this Honorable Court may deem just and proper[2].

---

2. In accordance with **Hanes v. Kerner**, 404 U.S. 519 (1972).

RESPECTFULLY SUBMITTED,

*[signature]*

DINO IACULLO, Pet. Pro-se
Fed. Reg. #30812-004
Maxwell Air Force Base, FPC.
Montgomery, AL. 36112

## CERTIFICATE OF SERVICE

I, DINO IACULLO (Fed. #30812-004) hereby declare that a true and correct copy of the foregoing was mailed to the Defendant[s] and including the U.S. Attorney's Office for the Middle District of Alabama, on this __15__ day of __March__, 2011, by placing into the Institutional mail box, for mailing by the U.S. Postal Service.

*[signature]*

DINO IACULLO, Pet. Pro-se
Fed. Reg. #30812-004

(5)

DINO IACULLO
Fed. Reg. #30812-004
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL. 36112



CLERK OF THE COURT
U.S. District Court
P.O. BOX 711
Montgomery, AL. 36101-0711